UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              Case No.  05-CR-270

GUADENCIO FLORES,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of a plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, defendant Guadencio Flores agrees to the forfeiture of his interest in property named in the forfeiture provision of the Indictment filed November 8, 2005;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in a 1999 Chevrolet Tahoe automobile, Wisconsin registration 697JVT, VIN 1GNEK13R2XJ372838, registered to Juan Miguel Chavez, 7641 STH 42, Egg Harbor, Door County, Wisconsin, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

**IT IS FURTHER ORDERED** that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this   31st   day of January, 2006.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE
